IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01432-GPG

ELISE VIGIL,

    Plaintiff,

v.

SOCIAL SECURITY ADMINISTRATION,

    Defendant

---

## ORDER

---

    Plaintiff, Elise Vigil, has filed *pro se* a Complaint against the Social Security Administration and an Application to Proceed in District Court without Prepaying Fees or Costs. (ECF No. 1, 2). On July 9, 2015, the Court ordered Plaintiff to cure certain designated deficiencies within thirty (30) days of the date of the order if she wished to pursue her claims. (ECF No. 4). On August 6, 2015, the Plaintiff filed a letter stating that she did not understand the Court's order. (ECF No. 5). She stated, "could you send the request of information in easy language please." (*Id.*) The Court will construe the letter as a request for clarification. In an attempt to make the Order easier to understand, the Court will summarize the July 9, 2015 Order to Cure and Amend in easy-to-understand language and will omit all of the citations and references to case law and statutes. As such, the case law and statutes cited in the July 9, 2015 Order are hereby incorporated into this order. Ms. Vigil will have thirty days from the date of this Order to file an amended complaint that complies with the pleading requirements of Fed. R. Civ. P. 8

as discussed in this order.

The following is a summary of the Court's July 9, 2015 Order stated in easy-to-understand language:

> Ms. Vigil does not have an attorney, so this Court must not hold her complaint and other papers to strict standards. However, the Court cannot serve as Ms. Vigil's attorney.
>
> Ms. Vigil must submit a new complaint that includes all sections on the court's form, such as "parties," "jurisdiction," and "Request for Relief." Addresses must be provided for the defendants.
>
> Additionally, Ms. Vigil must state what her claim is. It appears that Ms. Vigil is upset that her claim for social security disability benefits was denied. If she wants to have the Court review a decision denying her claim for social security benefits, this Court's jurisdiction would be pursuant to the Social Security Act. (If this is the case, Ms. Vigil should write "Social Security Act" on her Complaint under the "jurisdiction" section). If Ms. Vigil wants this Court to review a denial of social security benefits, she must first get a "final decision" by completing a four-step process with the Social Security Commission.
>
> Ms. Vigil should change the name of the Defendant to: the Commissioner of Social Security, in her official capacity.
>
> Ms. Vigil should allege when the Commissioner denied her claim and the reason the claim was denied.
>
> It would be helpful if Ms. Vigil attaches a copy of the

>   Commissioner's decision denying her claim for social security disability benefits.
>
>   Finally, Ms. Vigil should either type or use neat handwriting that is easy to read.  If Ms. Vigil fails within the time allowed to file an amended complaint that makes the corrections outlined in this order, the action will be dismissed without prejudice (meaning she may be able to file a complaint in the future based on the same claim).  However, Ms. Vigil is warned that, even if the action is dismissed without prejudice, the dismissal may act as a dismissal with prejudice (meaning she will not get another chance to bring the same claim) if the time for filing an action seeking review of the denial of social security benefits expires. Under the Social Security Act, a civil action must start within sixty (60) days after the notice of final decision of the Commission of Social Security is mailed to Plaintiff.

(ECF No. 4).

Accordingly, it is

ORDERED that Ms. Vigil file, **within thirty (30) days from the date of this order**, an amended complaint that cures the designated deficiencies and complies with the pleading requirements of Fed. R. Civ. P. 8 as discussed in this order.  It is

FURTHER ORDERED that Ms. Vigil shall obtain the appropriate court-approved Complaint form, along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if Ms. Vigil fails within the time allowed to file an amended complaint that complies with this order as directed, the action will be

dismissed without further notice.

DATED August 12, 2015, at Denver, Colorado.

BY THE COURT:

S/ Gordon P. Gallagher

United States Magistrate Judge